January 14, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

ASHLEY MARTINS AND ALL OTHER OCCUPANTS, Appellant

NO. 14-13-00740-CV                    V.

FEDERAL NATIONAL MORTGAGE ASSOCIATION AKA FANNIE MAE,
Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 12, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ashley Martins and All Other Occupants.

We further order this decision certified below for observance.